MISC 08 41 T

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health And Welfare, Pension, And Annuity And Savings Funds, et al.,

V.

Monadnock Erectors, Inc.,
Defendant

and

Bank of New Hampshire,
Trustee

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 06-10167 MEL

I, SARAH A. THORNTON Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action 6/27/06 (Date), as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

5/6/2008
Date

SARAH A. THORNTON
Clerk

[signature]
(By) Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY AND SAVINGS FUNDS, and NORMAN TEED and THOMAS RUSSO, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4,
Plaintiffs

vs.

MONADNOCK ERECTORS, INC.,
Defendant

and

BANK OF NEW HAMPSHIRE,
Trustee

C.A. No. 06-10167 MEL

4/30/08
...egoing document is true and correct copy of ...
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 6/27/2006
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Michael J. Cataldo
Deputy Clerk

## DEFAULT JUDGMENT

Defendant Monadnock Erectors, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $12,934.71 in unpaid benefit funds contributions; $1,355.17 in interest on the unpaid contributions; an additional $1,355.17 in liquidated damages; and $1,848.47 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

DOCKETED (13)

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Monadnock Erectors, Inc. the principal amount of $12,934.71; prejudgment interest of $1,355.17; liquidated damages of $1,355.17; and attorneys' fees and costs of $1,848.47, for a total judgment of $17,493.52, with interest as provided by law, which interest rate is effective this date is 5.13 percent.

[signature]
The Honorable Morris E. Lasker
United States District Court

Dated: 6/27/06

GAG/gag&ts
3118 05-484/defltjdg.doc